IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 9:06-CR-19 |
| | § | |
| LETERRICK TWUANE RODGERS | § | |
| aka LETTERICK TUWANE | § | |
| RODGERS | § | |

### FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter was referred to the undersigned United States magistrate judge to receive defendant's guilty plea.

On July 6, 2006, defendant, defendant's counsel, and the government came before the undersigned for guilty plea and allocution on Count I of the Indictment filed, charging a violation of Title 18, United States Code, Section 2113(a). After conducting the proceedings in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, the undersigned finds:

(1)   Defendant, after consultation with his counsel, knowingly and voluntarily consents to pleading guilty before a United States magistrate judge, subject to final approval and imposition of sentence by the district judge to whom this case is assigned.

(2)     At the hearing defendant was advised of his right to a jury trial. Defendant was also advised of the charge against him and the possible punishment. In open court, defendant thereafter waived his right to a jury trial.

(3)     Defendant is fully competent and capable of entering an informed plea, is aware of the nature of the charges and the consequences of the plea, and the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

### RECOMMENDATION

Defendant's guilty plea should be accepted, and defendant should be adjudged guilty of the offense to which he has pleaded guilty.[1]

SIGNED this   6   day of July, 2006.

*Earl S. Hines*
Earl S. Hines
United States Magistrate Judge

---

[1] Parties normally have ten days to object to recommendations submitted by a United States magistrate judge.  See 28 U.S.C. § 636.  However, as this recommendation is agreed, the court need not wait ten days before adopting the recommendation.