**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| V. § | **NO. 9:06-CR-19** |
| § | |
| **LETERRICK TWUANE RODGERS aka** § | |
| **LETTERICK TUWANE RODGERS** § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

On this day, the court considered the Findings of Fact and Recommendation of United States magistrate judge Earl S. Hines regarding defendant's plea of guilty to Count I of the Indictment in the above-numbered case. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the magistrate judge recommends that the court accept the guilty plea of defendant. The court is of the opinion that the Findings of Fact and Recommendation should be accepted.

Accordingly, it is **ORDERED** that the Findings of Fact and Recommendation of the United States magistrate judge are **ADOPTED**.

It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Leterrick Twuane Rodgers aka Letterick Tuwane Rodgers, is hereby adjudged as guilty on **Count I** of the charging **Indictment**, charging a violation of Title 18, United States Code, Section 2113(a).

So **ORDERED** and **SIGNED** this **7** day of **July, 2006.**

_____
Ron Clark, United States District Judge